

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00337-CV

| | | |
|---|---|---|
| Liberty Bank, F.S.B. | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2008-064375-3) |
| v. | § | September 19, 2013 |
| Andrew B. Etter d/b/a Andrew B. Etter Law Offices | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Liberty Bank, F.S.B. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker